[No. 24072-0-III.   Division Three.   January 30, 2007.]

*In the Matter of the Marriage of* DOROTHY E. JAMESON, *Respondent*, and JESS A. JAMESON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-3-00673-4, Neal Q. Rielly, J., entered March 25, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Kato, J.

[No. 24215-3-III.   Division Three.   January 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MOKHTAR BERAKECH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-01518-0, Salvatore F. Cozza, J., entered May 13, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 24515-2-III.   Division Three.   January 30, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD SCOTT WATSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-03750-7, Gregory D. Sypolt, J., entered August 26, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 24647-7-III.   Division Three.   January 30, 2007.]

*In the Matter of the Marriage of* MARNIE STANKOVICH, *Respondent*, and KIMBERLY STANKOVICH, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-3-01492-0, Michael P. Price, J., entered September 30, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kulik, J.